IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

Fred Allen Williams, Administrator of the :
Estate of Jamee'l Williams :
:
Plaintiff, :
:
v. : Civil No. 2:14cv59
:
UNITED STATES OF AMERICA :
:
Defendant. :
:

**ORDER APPROVING WRONGFUL DEATH SETTLEMENT AND PROPOSED DISTRIBUTION OF SETTLEMENT PROCEEDS**

The Court, having read and considered the Parties' Consent Petition for Approval of Wrongful Death Settlement and Proposed Distribution of Settlement Proceeds, and there appearing to be good cause, it is this 5th day of January, 2015, hereby

ORDERED, that the Parties' Consent Petition for Approval of Wrongful Death Settlement and Proposed Distribution of Settlement Proceeds be and hereby is GRANTED, and further it is

ORDERED, that the wrongful death settlement reached in the present action in the amount of $1,000,000.00 is approved and it is further,

ORDERED, that the settlement proceeds be disbursed as follows:

| | |
|---|---|
| Total Settlement | $1,000,000.00 |
| Attorney's Fees to Shulman Rogers | $ 250,000.00 |
| Litigation Expenses to Shulman Rogers | $ 15,003.78 |
| Fred Williams | $ 292,248.11 |
| Juliette White | $ 292,248.11 |
| Tashara S. Void | $ 50,000.00 |
| Amber M. Williams | $ 50,000.00 |
| Fred Williams, Jr. | $ 50,000.00 |

4

and it is further,

ORDERED, that the parties and statutory beneficiaries do not have to personally appear before this Court to obtain approval of the settlement and distribution of settlement proceeds.

/s/
Henry Coke Morgan, Jr.
Senior United States District Judge
The Honorable Henry Coke Morgan, Jr.

WE ASK FOR THIS:

Fred Williams, Personal Representative of
The Estate of Jamee'l Williams

SHULMAN, ROGERS, GANDAL,
  PORDY & ECKER, P.A.

By: ___/s/___
    Karl J. Protil, Jr., VSB No. 26314
12505 Park Potomac Avenue, Sixth Floor
Potomac, MD  20854
Telephone:  (301) 230-6571
Facsimile:  (301) 230-2891
kprotil@shulmanrogers.com
Attorney for Plaintiff

SEEN AND APPROVED:

United States of America

By: ___/s/___
    Virginia Van Valkenburg
Assistant United States Attorney
101 West Main Street, Suite 8000
Norfolk, VA 23510

5