IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

Fred Allen Williams, Administrator of the : 
Estate of Jamee'l Williams :
:
Plaintiff, :
:
v. : Civil No. 2:14cv59
:
UNITED STATES OF AMERICA :
:
Defendant. :

### ORDER OF DISMISSAL

On this day, the parties appeared by counsel to represent to the Court that the controversy between them has been resolved and that the parties have entered into a stipulation for compromise settlement.

It is therefore ORDERED that this action and the claims of the Plaintiff are dismissed with prejudice and without costs, expenses, or interest.

It is further ORDERED, that this Court retains jurisdiction to enforce the settlement.

The Clerk is DIRECTED to send a copy of this Order to all counsel of record.

1/19/15

/s/
_____
Henry Coke Morgan, Jr.
Senior United States District Judge
The Honorable Henry Coke Morgan, Jr.

WE ASK FOR THIS:

Fred Williams, Personal Representative of
The Estate of Jamee'l Williams


SHULMAN, ROGERS, GANDAL,
 PORDY & ECKER, P.A.

By: _____
    Karl J. Protil, Jr., VSB No. 26314
12505 Park Potomac Avenue, Sixth Floor
Potomac, MD 20854
Telephone: (301) 230-6571
Facsimile: (301) 230-2891
kprotil@shulmanrogers.com
Attorney for Plaintiff

United States of America



By: _____
    Virginia Van Valkenburg
Assistant United States Attorney
101 West Main Street, Suite 8000
Norfolk, VA 23510

United States of America

Dana J. Boente
United States Attorney

By: _____
Virginia VanValkenburg, VSB No. 33258
Assistant United States Attorney
101 West Main Street, Suite 8000
Norfolk, Virginia  23510
Telephone:  (757) 441-6331
Facsimile:  (757) 441-6689
virginia.vanvalkenburg@usdoj.gov
Attorney for Defendant